IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 19-CR-40069-JPG |
| | ) | |
| JORGE L. LEAL, | ) | |
| | ) | |
| Defendant. | ) | |

**VERDICT**

We, the jury, find the defendant, JORGE L. LEAL, Guilty of
(Not Guilty/Guilty)

Attempted Enticement of a Minor as charged in Count 1 of the Indictment.

[redacted]