UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JORGE LUIS LEAL,<br><br>  Defendant. | Case No. 19-cr-40069-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Jorge Luis Leal ("Defendant") Motion to Obtain Transcript of Voir Dire (Doc. 147). Defendant was found guilty by a jury on November 16, 2021. The voir dire occurred on November 15, 2021.

The Court hereby **GRANTS** Defendant's Motion to Obtain Transcripts of Voir Dire (Doc. 147) and **DIRECTS** the court reporter Amy Richardson to prepare the transcript of voir dire for Defendant. Further, the Court allows for payment for the transcript through the Criminal Justice Act ("CJA") funds.

**IT IS SO ORDERED.**
**DATED:  June 27, 2022**

/s   J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**